

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00723-CV

**IN THE INTEREST OF W.A.F., A CHILD**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15404
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On February 10, 2020, we issued an order setting a deadline for filing the reporter's record. We stated in our order that appellant's brief would be due no later than thirty days after the reporter's record was filed, unless appellant filed a motion for extension of time to file her brief. Because the reporter's record was filed on March 27, 2020, appellant's brief was due on or before Monday, April 27, 2020. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **May 15, 2020**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
Michael A. Cruz,
Clerk of Court